UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOBBY DAVENPORT, III, | No. 2:14-cv-0325 TLN CKD P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| RABBI KORIK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 26, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 19.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 26, 2016, are adopted in full; and

2. Defendant Virga is dismissed from this action.

1

1 | Dated: March 31, 2016

                                                            Troy L. Nunley
                                                            United States District Judge