## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JAMES BOBBY DAVENPORT, III,          No. 2:14-cv-0325 TLN CKD P (TEMP)

    Plaintiff,

  v.

RABBI KORIK, et al.,

    Defendants.              **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

James Bobby Davenport, III, CDCR # P-78569, a necessary and material witness in a settlement conference in this case on August 11, 2016, is confined in California Correctional Institution (CCI), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone at the U. S. District Court, Courtroom #9, 2500 Tulare Street, Fresno, California 93721, on Thursday, August 11, 2016 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CCI, P.O. Box 1031, Tehachapi, California 93581:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  June 27, 2016

                                                        CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE