1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOBBY DAVENPORT, III, | Case No. 2:14-cv-00325-TLN-DB |
| Plaintiff, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SEVEN DAYS |
| v. | |
| RABBI KORIK, | |
| Defendant. | |

The Court conducted a settlement conference in this action on August 11, 2016, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within seven days from the date of service of this order; and

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties until the settlement funds are disbursed.

IT IS SO ORDERED.

Dated:   **August 11, 2016**

_____
UNITED STATES MAGISTRATE JUDGE