# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOBBY DAVENPORT, III,<br><br>    Plaintiff,<br><br>    v.<br><br>RABBI KORIK, et al.,<br><br>    Defendants. | Case No. 2:14-cv-00325-TLN-DB (PC)<br><br>ORDER VACATING OCTOBER 19, 2016 HEARING DATE<br><br>(ECF No. 55) |

The parties in this action appeared for a settlement conference on August 11, 2016, before the undersigned at which the parties reached a settlement agreement. On August 30, 2016, Defendant filed a motion to enforce the settlement agreement and hearing on the motion was set for October 19, 2016. The Court has reviewed the moving and opposition papers and finds the matter suitable for decision without oral argument. See Local Rule 230(g).

Accordingly, IT IS HEREBY ORDERED that the hearing set for October 19, 2016 at 10:00 a.m. in Courtroom 9 is VACATED and the parties are not required to appear at that time.

IT IS SO ORDERED.

Dated:   **October 12, 2016**

UNITED STATES MAGISTRATE JUDGE

1